**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT SMITH, | : | Civil No. 3:26-cv-1807 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN, FCI-SCHUYLKILL, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 26th day of August, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge